UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO, *et al.*,

                Plaintiffs,

-v-

NEW YORK CITY ACOUSTICS, INC.,

                Defendant.

24-CV-7618 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Respondent New York City Acoustics, Inc. is directed to appear and respond to Petitioners' motion for summary judgment (ECF No. 8) on or before December 13, 2024. If Respondent fails to do so, the motion will be considered unopposed and the arbitration award will be confirmed.

    Petitioners are directed to serve this order on Respondent on or before November 26, 2024.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge