UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND PAINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO, *et al.*,

                    Petitioners,

-v -

NEW YORK CITY ACOUSTICS, INC.,

                    Respondent.

24-CV-7618 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      Petitioners filed a petition to confirm an arbitration award on October 8, 2024. (ECF No. 1.) The docket indicates that Respondent was served with the petition on October 10, 2024. (ECF No. 7.) Respondent has not filed an appearance, and has not responded to the petition or to petitioners motion for summary judgment (ECF No. 8). The underlying arbitration award appears to be valid under the applicable law. Respondent is therefore in default and, as the Court warned on November 19, 2024 (ECF No. 13), the arbitration award will be confirmed.

      Accordingly, the petition to confirm arbitration is hereby GRANTED. Judgment shall be entered in favor of the Local 1974 Benefit Funds and against Respondent in the amount of $248,391.90, and in favor of the Joint Board of the Drywall Taping Industry and against Respondent in the amount of $248,391.90.

      The Clerk of Court is directed to enter judgment accordingly and to close this case.

      SO ORDERED.

Dated: March 25, 2025
      New York, New York

                                            _____
                                            J. PAUL OETKEN
                                          United States District Judge