**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DRYWALL TAPERS AND PAINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO, et al.,

                Petitioners,                    24 **CIVIL** 7618 (JPO)

    -against-                              **JUDGMENT**

NEW YORK CITY ACOUSTICS, INC.,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2025, the petition to confirm arbitration is hereby GRANTED. Judgment is entered in favor of the Local 1974 Benefit Funds and against Respondent in the amount of $248,391.90, and in favor of the Joint Board of the Drywall Taping Industry and against Respondent in the amount of $248,391.90; accordingly, the case is closed.

**Dated**: New York, New York
         March 25, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                        **BY:**          K. Mango

                                                      **Deputy Clerk**